874

No. 327, Misc. SCHOMPERT *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 331, Misc. OLSHEN *v.* McMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 335, Misc. PRATT, CONSERVATOR *v.* BAKER, EXECUTOR. Sup. Ct. Ill. Certiorari denied.

No. 336, Misc. LaBARTH *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 339, Misc. RUSSELL ET AL. *v.* CATHOLIC CHARITIES ET AL. Sup. Ct. Wash. Certiorari denied.

No. 342, Misc. ALEXANDER *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *John T. Corrigan* and *Charles W. Fleming* for respondent.

No. 345, Misc. SHAK *v.* HAWAII. Sup. Ct. Hawaii. Certiorari denied. *Joseph A. Ryan* for petitioner.

No. 348, Misc. YANITY ET AL. *v.* BENWARE ET AL. C. A. 2d Cir. Certiorari denied. *Lauren D. Rachlin* for petitioners. *Richard Lipsitz* for respondents.

No. 350, Misc. RIVERS *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 363, Misc. NICHOLSON ET AL. *v.* SIGLER, WARDEN. Sup. Ct. Neb. Certiorari denied.